**Jake Zimmerman, appellant, v. J. A. McCreery et al., trading as J. A. McCreery & Sons, appellees.**

Suit under section 132 of Criminal Code for treble amount of his son's alleged gambling losses by transactions in futures in violation of section 130 of Criminal Code. Verdict of not guilty, and judgment on verdict. Appeal from the Circuit Court of Mason county; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed April 23, 1923. Rehearing denied June 26, 1923.

Stone, Dick & Stone, for appellant. Henry L. Child, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Martin Airola, appellee, v. L. A. White, appellant.**

Suit for personal injuries by being knocked down by automobile. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed April 23, 1923.

Charles G. Wineteer and William J. Lawler, for appellant. L. E. Stone, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Samuel Mosbarger, appellee, v. George W. Brown and Mary E. Brown, appellants.**

Bill to foreclose mortgage, and for appointment of receiver. Decree of foreclosure granted. Appeal from the Circuit Court of Piatt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded with directions. Opinion filed April 23, 1923. Rehearing denied June 26, 1923.

E. J. Hawbaker and Thomas J. Kastel, for appellants. James L. Hicks and George B. Gillespie, for appellee; James L. Hicks, Geo. M. Gillespie and Thos. E. Gillespie, of counsel.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Abner C. Barr, defendant in error, v. Angela Barr, plaintiff in error.**

Bill for divorce by husband on ground of extreme and repeated cruelty. Decree granted. Error to the City Court of City of Litchfield; the Hon. John H. Fornhoff, Judge, presiding. Heard in this court at the April term, 1923. Reversed and cause remanded. Opinion filed April 23, 1923.

P. McWilliams, for plaintiff in error. Burton & Burton and J. A. Lynn, for defendant in error.

Mr. Presiding Justice Heard delivered the opinion of the court.